**Alex FOUSHEE, Petitioner,**

v.

**STATE of Florida, Respondent.**

**CASE NO. 1D16–5093**

District Court of Appeal of Florida, First District.

Opinion filed December 30, 2016

Alex Foushee, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

DISMISSED as successive. See Fla. R. App. P. 9.141(d)(6)(C).

WOLF, B.L. THOMAS, and KELSEY, JJ., CONCUR.